# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY, | 1:15-cv-01403-AWI-SMS |
| Plaintiff, | **ORDER DISMISSING ACTION AND CLOSING CASE** |
| v. | |
| BBS PARTNERS INC. and DOES 1 THROUGH 10, inclusive, | (Doc. 5) |
| Defendants. | |

On September 11, 2015, plaintiff filed a Complaint alleging violations of the Americans with Disabilities Act and related California claims. On November 17, 2015, the parties filed a joint stipulation to dismiss the action with prejudice in its entirety, with each party to bear its own costs and attorneys' fees. In light of the stipulation, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party. The Court respectfully instructs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   November 18, 2015                               _____
                                                                                    SENIOR DISTRICT JUDGE

1